United States District Court
Middle District of Tennessee
Nashville Division

Federal Trade Commission, and

State of Tennessee, *ex rel.*
Robert E. Cooper, Jr., Attorney General and
Reporter,

     Plaintiffs,

    v.

United States Benefits, LLC, a limited liability
company, also d/b/a United States Health, United
Benefits of America, LLC, UBA, United Benefits,
United Health Benefits, Health Care America,
HCA, National Benefits of America, Insurance
Specialty Group, and Adova Health,

Timothy Thomas, individually and as an officer
of United States Benefits, LLC, also d/b/a United
States Health, United Benefits of America, LLC,
UBA, United Benefits, United Health Benefits,
Health Care America, HCA, National Benefits of
America, Insurance Specialty Group, and Adova
Health,

    Defendants, and

Kennan Dozier, also d/b/a Kennan Dozier
Thomas, Accentuate Designs, and Accentuate
Your Home, LLC,

    Relief Defendant.

Case No. 3:10-0733

████████ ORDER
TEMPORARILY SEALING
ENTIRE FILE

[FILED UNDER SEAL]

Upon consideration of the *ex parte* motion of Plaintiffs Federal Trade Commission ("FTC") and the State of Tennessee for a temporary seal on the file in this action, the Court, having reviewed the submissions of counsel and the record, finds that good cause exists to temporarily seal the file in this matter in order to prevent the possibility of the destruction of evidence or dissipation of assets. Finding that no alternative to temporarily sealing the file would accomplish these ends, it is hereby

ORDERED, that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the entire file and docket in this action, including all motions, memoranda of law, exhibits and other supporting papers, as well as all orders of this Court, are temporarily sealed **until 5:00 p.m. EST, August 6, 2010, or when counsel for Plaintiffs informs the clerk of court that the seal is no longer necessary, whichever occurs first.** At that time, the seal shall automatically be lifted by the clerk without motion by Plaintiffs or further Order by the Court.

This Order shall not be construed to prohibit service or other disclosure by Plaintiffs, or those acting at Plaintiffs' direction, of the *Ex Parte* Temporary Restraining Order, Appointment of Temporary Receiver, and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding the Defendants' assets; (3) any domestic or foreign law enforcement agency; (4) or any credit reporting agency.

DATED, this 4th day of August, 2010

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2