United States District Court
Middle District of Tennessee
Nashville Division

| | |
|---|---|
| Federal Trade Commission, and<br><br>State of Tennessee, *ex rel.*<br>Robert E. Cooper, Jr., Attorney General and Reporter,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Benefits, LLC, a limited liability company, also d/b/a United States Health, United Benefits of America, LLC, UBA, United Benefits, United Health Benefits, Health Care America, HCA, National Benefits of America, Insurance Specialty Group, and Adova Health,<br><br>Timothy Thomas, individually and as an officer of United States Benefits, LLC, also d/b/a United States Health, United Benefits of America, LLC, UBA, United Benefits, United Health Benefits, Health Care America, HCA, National Benefits of America, Insurance Specialty Group, and Adova Health,<br><br>    Defendants, and<br><br>Kennan Dozier, also d/b/a Kennan Dozier Thomas, Accentuate Designs, and Accentuate Your Home, LLC,<br><br>    Relief Defendant. | Case No. 3-10 0733<br><br><br>**ORDER LIFTING THE SEAL ON THE DOCKET AND FILE IN THIS MATTER** |

Upon consideration of Plaintiffs Federal Trade Commission and the State of Tennessee's Motion to Lift the Seal on the Docket and File in this Matter, it is

HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

**SO ORDERED.**

DATED this 11 day of August, 2010.

Hon. John T. Nixon
Senior United States District Judge